## CAMPBELL-RATCLIFF LAND CO. v. KLAUS.

No. 1303. Opinion Filed January 9, 1912.

(120 Pac. 561.)

**NEW TRIAL**—Second Trial as of Right. Same as paragraph 2 of the syllabus in **Runyan v. Fisher**, 28 Okla. 450, 114 Pac. 717. (Syllabus by the Court.)

*Error from District Court, Mayes County;*
*T. L. Brown, Judge.*

Action by the Campbell-Ratcliff Land Company against Chris Klaus. From order granting new trial, plaintiff brings error. Reversed, with instructions.

*W. H. Kornegay,* for plaintiff in error.

*Seymour Riddle,* for defendant in error.

WILLIAMS, J. The facts in this case are the same as in *Campbell-Ratcliff Land Company v. Florin Klaus, ante.* Under the rule of that case the judgment of the lower court is reversed, and this cause remanded, with instructions to set aside and vacate the order awarding the defendant in error a new trial as a matter of right.

All the Justices concur.